UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                              20-CV-70 (JLS) (MJR)

HALEY E. LEONARD, ET AL.,

      Defendants

_____

## DECISION AND ORDER

      Plaintiff commenced this action in 2020, seeking foreclosure of a property in Attica, New York. Dkt. 1. Plaintiff moved for default judgment in 2022. Dkt. 25. Also in 2022, Judge Roemer[1] recommended that this Court grant the motion for default judgment. Dkt. 32. Before this Court acted on Judge Roemer's recommendation, it received a letter indicating that Timothy P. Leonard, formerly a Defendant in this case, had died. Dkt. 33. This Court then ordered the substitution of Timothy Leonard's heirs as Defendants to this case. Dkt. 48.

---

[1] This Court referred the case to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 16.

Plaintiff filed an amended complaint in March 2024 (Dkt. 49) and moved for default judgment in November 2024 (Dkt. 66). No Defendant responded. On August 28, 2025, Judge Roemer issued a Report and Recommendation ("R&R"), recommending that this Court: (1) grant Plaintiff's motion for default judgment; (2) award certain specified damages, fees, and costs; (3) grant Plaintiff a judgment of foreclosure and sale; (4) sign the proposed judgment of foreclosure and sale, with certain specified modifications; (5) fix attorney's fees in in the amount of $3,925; and (6) dismiss the previously issued Report and Recommendation as moot. Dkt. 72. No party filed objections, and the time to do so has passed.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, the Court accepts and adopts Judge Roemer's recommendation.

For the reasons stated above, and in the R&R, this Court GRANTS Plaintiff's motion for default judgment (Dkt. 66). A judgment of foreclosure and sale will be issued separately. The previously filed motion for default judgment (Dkt. 25) and Report and Recommendation (Dkt. 32) are dismissed as moot and shall be terminated. After entering this decision and order and the judgment of foreclosure and sale, the Clerk of Court shall close this case.

SO ORDERED.

Dated:     September 30, 2025
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE